## 10213.   CROWLEY v. THE STATE.

BROYLES, P. J.   The defendant's motion for a new trial contained only the usual general grounds. Upon the trial the defendant introduced no evidence and made no statement. The evidence for the State not only authorized but demanded the verdict rendered, and the court did not err in refusing to grant a new trial.

*Judgment affirmed. Bloodworth and Stephens, JJ., concur.*

DECIDED MARCH 7, 1919.

Accusation of sale of liquor; from city court of Nashville— Judge Christian. October 14, 1918.

*J. C. Smith, W. R. Smith,* for plaintiff in error.

*J. H. Gary, solicitor, H. L. Jackson,* contra.